UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIE JOSE SUAREZ BOLIVAR,
EDNA PATRICIA AGUIRRE and
MARIA VANESSA SUAREZ
BOLIVAR,

    Plaintiffs,

v.                                                  Case No: 8:23-cv-1130-TPB-JSS

GLOBAL DIAGNOSTIC LABS LLC,

    Defendant.
_____/

## ORDER

    Plaintiffs move unopposed for clarification regarding the stays to discovery and case processing in this matter. (Motion, Dkt. 48.) The court referred the Motion to the undersigned for resolution. Upon consideration, the Motion is **GRANTED** as clarified herein.

    On July 26, 2023, the court entered an FLSA Scheduling Order in this matter that ordered the parties to engage in a limited exchange of documents and for Plaintiffs to respond to the court's interrogatories. (Dkt. 17;) *see also* (Dkt. 24 (granting Plaintiffs' unopposed motion to extend certain deadlines). The FLSA Scheduling Order stated that "[u]ntil further Order of this Court, all discovery is STAYED (except as provided herein)." (Dkt. 17 ¶ 5.) The court further referred the case to mediation and if mediation did not result in settlement, directed the parties to file a fast-track case

management report within 24 hours of the conclusion of the mediation conference. (*Id.* ¶¶ 6, 13.) On October 26, 2023, the mediator notified the court that the parties' mediation held on October 24, 2023 had resulted in an impasse. (Dkt. 42.)

On November 13, 2023, the court granted in part Defendant's Motion to Stay and Compel Arbitration as to Plaintiffs Maria Jose Suarez Bolivar and Maria Vanessa Suarez Bolivar (Dkt. 21). (Dkts. 43, 44.) The court stayed this matter as to Plaintiffs Maria Jose Suarez Bolivar and Maria Vanessa Suarez Bolivar, pending the completion of arbitration proceedings. (*Id.*) The court did not order, nor did Defendant request, that this matter be stayed as to Plaintiff Edna Patricia Aguirre. *See* (*id.*) Accordingly, this matter will proceed as to Plaintiff Aguirre. The parties are directed to confer and file a completed fast-track case management report within 14 days of this order. The court may thereafter schedule a case management conference in accordance with the FLSA Scheduling Order (Dkt. 17).

**ORDERED** in Tampa, Florida, on January 22, 2024.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record