UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA JOSE SUAREZ BOLIVAR, et al.,

    Plaintiff,

v.                                            Case No. 8:23-cv-1130-TPB-UAM

GLOBAL DIAGNOSTIC LABS LLC, et al.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on June 3, 2024. (Doc. 64). Judge Porcelli recommends that the "Joint Motion for Settlement Approval" (Doc. 62) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C).

Upon due consideration of the record, the Court adopts the report and recommendation. The Court agrees with Judge Porcelli's detailed and well-reasoned factual findings and legal conclusions. Consequently, the joint motion is granted and

the settlement agreement is approved.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1) Judge Porcelli's report and recommendation (Doc. 64) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2) The "Joint Motion for Settlement Approval" (Doc. 62) is **GRANTED.**

3) The Settlement Agreement (Doc. 62-1) is accepted, adopted, and approved by the Court, and the parties are ordered to comply with the terms of the Settlement Agreement.

4) This action is dismissed with prejudice and the Clerk is directed to terminate all pending deadlines and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of June, 2024.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE